## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | | |
|---|---|---|
| SOUTHERN COLLISION & RESTORATION, LLC | * * * | MDL Docket No. 2557 |
| | * | CASE NO.: 6:14-cv-06005-GAP-TBS |
| VERSUS | * * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY | * * * * * | Originally filed in the Eastern District of Louisiana |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNCONTESTED MOTION FOR EXTENSION OF TIME
### TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Southern Collision & Restoration, LLC, who respectfully represents:

1.

On March 10, 2015, a Report and Recommendation (Doc. No. 30) was issued by United States Magistrate Judge Thomas B. Smith.

2.

Southern Collision & Restoration, LLC filed an objection to the Report and Recommendation (Doc. No. 31) on March 24, 2015. The Defendants responded to Plaintiff's objection on April 10, 2015 (Doc. No. 33).

3.

This Honorable Court adopted the aforementioned Report and Recommendation on April 27, 2015, which gave Plaintiff 21 days to amend the Complaint (Rec. Doc. 34) as outlined in the Report and Recommendation. The deadline to amend the Complaint is May 18, 2015.

4.

Considering the complexities involved, Plaintiff is in need of additional time to file its Amended Complaint.

5.

Plaintiff has conferred with counsel for Defendant regarding their position on Plaintiff's request. Defendant has advised that they are agreeable to an extension which would allow Plaintiff's Amended Complaint to become due on June 1, 2015.

6.

WHEREFORE, in light of the foregoing, Plaintiff hereby requests that it be allowed until Monday, June 1, 2015 to file its Amended Complaint.

    Respectfully submitted,

    **HUBER, SLACK, THOMAS & MARCELLE, LLP**

    *s/Brian P. Marcelle*_____
    **STEPHEN M. HUBER, BAR NO. 24463**
    **CHARLES M. THOMAS, BAR NO. 31989**
    **BRIAN P. MARCELLE, BAR NO. 25156**
    1100 Poydras Street
    Suite 1405
    New Orleans, LA 70163
    Stephen@huberslack.com
    Charlie@huberslack.com
    Bmarcelle@huberslack.com
    ATTORNEYS FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/Brian P. Marcelle*
>BRIAN P. MARCELLE